USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 1/14/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LAWRENCE HAMLIN,                    :
                                    :
                    Plaintiff,      :
                                    :   07 Civ. 7547 (BSJ)
        v.                          :
                                    :   Order
THE CITY OF NEW YORK, et al.        :
                                    :
                    Defendants.     :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

In reviewing the Complaint filed in this matter, the Court has noted that Plaintiff Lawrence Hamlin ("Hamlin") asserts that he is a resident of Brooklyn, New York and that at least one of the named individual defendants, Deputy Inspector Campbell, is assigned to the 73rd precinct in Brooklyn, New York. The Complaint indicates that the events giving rise to the underlying action occurred in connection with injuries Plaintiff suffered as a result of an arrest and assault by Defendants at Fulton and Thomas Boyland Avenues in Brooklyn, New York. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses and of the efficient management of this Court's docket, the Clerk of the Court is

directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED:**

                                                        *Barbara S. Jones*
                                                        **BARBARA S. JONES**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
              January 14, 2008